UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 24-4169(DSD/SGE)

Matthew Starnes,

      Petitioner,

v.                                                        **ORDER**

MCF Rush City Warden,

      Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated December 17, 2024, ECF No. 7, along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 2, 2025            s/David S. Doty
                                           David S. Doty, Judge
                                           United States District Court